UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONA PRICE,

       Plaintiff,                          Case No. 1:20–cv–862

v.                                        Hon. Robert J. Jonker

SPECIALIZED SOLUTION SERVICES,
LLC, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Rule 16 Scheduling Conference set in this matter for **November 30, 2020** is hereby **adjourned without date.**

                                        ROBERT J. JONKER
                                        Chief United States District Judge

Dated:  November 23, 2020      By:   /s/ Susan Driscoll Bourque
                                                Case Manager