UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONA PRICE,

        Plaintiff,                                  CASE NO. 1:20-CV-862

v.                                               HON. ROBERT J. JONKER

SPECIALIZED SOLUTION
SERVICES, LLC, et al.,

        Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mona Price and Defendants Specialized Solution Services, LLC, Owen & James, Co., A Jefferson Association LLC, Dion Tremayne Jefferson, Amber Jenica Jefferson, Global Management Acquisition Firm Inc, a Georgia corporation, Global Management Acquisition Firm, Inc., a North Carolina corporation, Black Jockey Company, Service Gurus Co., Fairview Mediation Group Inc, Hardy & Associates Inc., Hood & Thompson Associates Inc, Lamont Darnell Cooper Jr., Cassandra Catherine Cooper, Jada Rashawn Cooper, Benny H. Hardy Jr., Walter D. Hargrove, Lamar D. Snow, Demetrious Eugene Thompson, JaHaan Abdul McDuffie, Donald Anthony Smiley, Rannya Cobb, also known as Rannya Cobb-Smiley, and Ennis Laverne Jefferson, being all of the parties appearing in this action, hereby stipulate to the immediate dismissal of this action, with prejudice, and without any award of costs or attorney's fees to any party.

Dated: June 24, 2022	/s/ Phillip C. Rogers
	Phillip C. Rogers (P34356)
	Attorney for Plaintiff
	Centennial Plaza, Ste. 205
	2851 Charlevoix Dr. SE
	Grand Rapids, MI 49546-7090
	(616) 776-1176
	ConsumerLawyer@aol.com

Dated: June 24, 2022	/s/ Steven M. Katz
	Steven M. Katz
	The Katz Law Firm LLC
	Attorney for Defendants
	1225 Johnson Ferry Rd., Ste. 125
	Marietta, GA 30068-5407
	(770) 988-8181
	Fax: (770) 988-8182
	smkatz@katz.legal